**Opinion issued August 2, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-11-00552-CV**

————————————

**MAXINE ADAMS AND CECIL ADAMS, Appellants**

**V.**

**REBECCA ROSS, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Case No. 2010-12207**

---

**MEMORANDUM OPINION**

Appellants, Maxine Adams and Cecil Adams, have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 42.3(b)

(allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.